**Jessica PATE, in her individual capacity and on behalf of J.L.C., in her capacity as his parent and his legal guardian; J. L. C., a minor, by and through his parent and legal guardian, Jessica Pate, Plaintiffs–Appellants,**

v.

**Karin HARBERS, in her individual capacity; Brenda Chatman, in her individual capacity; Charleen Hunter, in her individual capacity, Defendants–Appellees.**

No. 15–50883

United States Court of Appeals,
Fifth Circuit.

Date Filed: 07/14/2016

Joshua Scott Clover, Joshua Scott Clover, Clover & Marak P.L.L.C., Brenham, TX, for Plaintiffs–Appellants.

Laura Alicia Barbour, Assistant Attorney General, William T. Deane, Assistant Attorney General, Austin, TX, for Defendants–Appellees.

Before KING, JOLLY, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiffs–Appellants Jessica Pate and J.L.C. appeal the district court's dismissal of their claims brought under 42 U.S.C. § 1983 against Defendants–Appellees Karin Harbers, Brenda Chatman, and Charleen Hunter. This appeal presents a close

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

case advanced by able lawyers. We have reviewed the district court's opinion, and have carefully reviewed the record and the well-argued briefs. Finally, we have engaged in a comprehensive exchange with counsel during oral argument.

Although the defendants were presented with a close case relative to balancing the interests of this two-year-old child and the rights of the parent, we do not think the defendants acted unreasonably in the light of the established law. The defendants are therefore entitled to claim qualified immunity and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.